**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>           Plaintiff,<br><br>     v.<br><br>EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>           Defendants. | No.  1:23-cv-01361 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 9) |

On October 30, 2023, the Court ordered Plaintiff to pay the filing fee in full within 30 days.  (Docs. 7, 8.)  Plaintiff was informed the "<u>failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice without further notice</u>."  (Doc. 8 at 2, emphasis in original.)  Despite this warning, Plaintiff failed to pay the filing fee.  Accordingly, the magistrate judge recommended the action be dismissed.  (Doc. 9.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were to be filed within 14 days.  (Doc. 9 at 3.)  Plaintiff was also failure to file timely objections may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff did not file objections and the time to do so expired.

According to 28 U.S.C. § 636 (b)(1)(c), this Court performed a *de novo* review of the case.  Having carefully reviewed the entire action, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Because Plaintiff has not

paid the filing fee, the action cannot proceed at this time. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on November 27, 2023 (Doc. 9) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 27, 2023**

UNITED STATES DISTRICT JUDGE

2